IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RENEE WILLIAMS, TRUSTEE                                              PLAINTIFF


v.                              Case No. 1:22-cv-1008


TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA; TRAVELERS
CASUALTY & INSURANCE COMPANY                                        DEFENDANTS

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice.  ECF No. 22.
No response is necessary, and the matter is ripe for consideration.

The parties stipulate to the dismissal of Plaintiff Renee Williams's claims against
Defendants Travelers Casualty and Surety Company of America and Travelers Casualty and
Insurance Company with prejudice. [1]  An action may be dismissed by "a stipulation of dismissal
signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The "entry of such a
stipulation of dismissal is effective automatically and does not require judicial approval."
*Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  Thus, Plaintiff's claims were
effectively dismissed when the stipulation was filed.  However, the instant Order issues for
purposes of maintaining the docket.

Therefore, to the extent that the instant stipulation (ECF No. 22) constitutes a motion, it is
hereby **GRANTED**.   Plaintiff's claims against Defendants Travelers Casualty and Surety

---

[1] The parties' stipulation states that Plaintiff and Defendant Travelers Casualty and Surety Company of America enter
the stipulation, but the stipulation does not specifically mention that Defendant Travelers Casualty and Insurance
Company also enters the stipulation.  *See* ECF No. 22.  However, the stipulation requests dismissal with prejudice "as
to all of Plaintiff's claims against all defendants," and Plaintiff has informed the Court that all parties stipulate to the
claims' dismissal.

Company of America and Travelers Casualty and Insurance Company are **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED**, this 12th day of January, 2022.

           /s/ Susan O. Hickey    
           Susan O. Hickey
           Chief United States District Judge